IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANQUIN ST. JUNIOUS,

    Petitioner,

  v.

                                Case No.   19-cv-1003-wmc

SUSAN NOVAK, Warden,
Columbia Correctional Institution,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing AnQuin St. Junious's petition for a writ of habeas corpus with prejudice.

| /s/ | 4/17/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |